872

No. 94–126. WEATHERLY v. FEDERAL DEBT MANAGEMENT, INC. Sup. Ct. Tex. Certiorari denied.

No. 94–127. THESENVITZ ET AL. v. KAISER ENGINEERS HANFORD CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–128. GIVAN-HAMMOUD v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 94–129. PERL v. HUNEGS. Ct. App. Minn. Certiorari denied.

No. 94–130. BACON v. WILSON. Ct. App. Minn. Certiorari denied.

No. 94–131. TREVINO v. LEEDS ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–132. STEPHENSON ET AL. v. WESTERN FARMERS ELECTRIC COOPERATIVE OF ANADARKO, OKLAHOMA. Ct. App. Okla. Certiorari denied.

No. 94–133. DIETRICH ET UX. v. SUN EXPLORATION & PRODUCTION CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–137. SEAL v. SEAL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–142. AMBURGEY v. CITY OF COSTA MESA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–143. NELSON ET AL. v. MASSACHUSETTS ET AL. App. Ct. Mass. Certiorari denied.

No. 94–145. CATHEDRAL OF JOY BAPTIST CHURCH ET AL. v. VILLAGE OF HAZEL CREST ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–147. UTAH ET AL. v. SALT LAKE COUNTY WATER CONSERVANCY DISTRICT. C. A. 10th Cir. Certiorari denied.